## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 7** |
| **YEATTS CONTRACT OF VIRGINIA, INC.** | ) | **Case No. 05-74983-DHA** |
| | ) | **Involuntary** |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010(b), the petitioning creditors in this matter, namely, AC Furniture Company, Inc. ("AC"), Dillon Furniture Manufacturing Company ("Dillon") and Cervitor Kitchens, Incorporated ("Cervitor"), hereby formally note their representation in this case by Richard C. Maxwell and B. Webb King of Woods Rogers PLC, 10 South Jefferson Street, Suite 1400, Post Office Box 14125, Roanoke, Virginia 24038-4125, telephone number 540-983-7600.

Please take further notice that the undersigned requests that any notices, pleadings and papers to be filed in this matter be served upon or mailed to:

> **B. Webb King, Esq.**
> **Richard C. Maxwell, Esq.**
> **Woods Rogers PLC**
> **P.O. Box 14125**
> **Roanoke, Virginia 24038**

Respectfully submitted,

AC FURNITURE COMPANY, INC.,
DILLON FURNITURE MANUFACTURING CO. &
CERVITOR KITCHENS INCORPORATED

By: ___/s/ B. Webb King___
            Counsel

WOODS ROGERS PLC
ATTORNEYS AT LAW

Richard C. Maxwell, Esq. (VSB# 23554)
rmaxwell@woodsrogers.com
B. Webb King, Esq. (VSB #47044)
wking@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson Street, Suite 1400
P.O. Box 14125
Roanoke, VA 24038-4125
540-983-7600 (phone)
540-983-7711 (fax)
    Counsel for the Petitioning Creditors

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2005, I caused a true copy of the foregoing to be served by first-class United States mail, postage prepaid, to the parties listed below. In addition, on this same date a true copy of the foregoing was sent via the CM/ECF system to all parties designated to receive same.

Yeatts Contract of Virginia, Inc.
3303 Airline Blvd., Suite 3A
Portsmouth, VA 23701-2635

Yeatts Contract of Virginia, Inc.
c/o James C. Brincefield, Jr., Registered Agent
526 E. King Street
Alexandria, VA 22314

Peter G. Zemanian, Esq.
Zemanian Law Group
600 Town Point Center
150 Boush Street
Norfolk, VA 23510

Barry W. Spear, Esq.
729 Thimble Shoals Blvd.
Suite 3-C
Newport News, VA 23606

Karen M. Crowley, Esq.
Marcus, Santoro & Kozak, P.C.
1435 Crossways Blvd., Suite 300
Chesapeake, VA 23320

Office Depot, Inc.
Attn: Bankruptcy Department
8200 E. 32nd N
Wichita, KS 67226

Federal Express Corporation
Attn: Revenue Recovery/Bankruptcy
2005 Corporate Avenue, 2nd Floor
Memphis, TN 38132

David F. Wentzel, Esq.
June Y. Kim, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Karla L. Palmer, Esq.
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC 20005-3096

Debra Conlon
Assistant U.S. Trustee
200 Granby Street, Room 625
Norfolk, VA 23510

John McIntyre, Esq.
Willcox & Savage
Suite 1800
One Commercial Plaza
Norfolk, VA 23510

Tom C. Smith, Jr., Trustee
P.O. Box 1506
Virginia Beach, VA 23454

WOODS ROGERS PLC
ATTORNEYS AT LAW

_____/s/ B. Webb King_____