# TOM C. SMITH
ATTORNEY AND COUNSELOR AT LAW

Tom C. Smith, Esq.
Tommy C. Smith, III, Esq.
Kristen Michelle Smith, Esq.

Law Offices of Tom C. Smith
1600 Virginia Beach Blvd.
Virginia Beach, VA 23454

POB 1506
Virginia Beach, VA 23451

757-428-3481
Fax: 757-491-6174

Website: www.tomcsmith.com

Email: office@tomcsmith.com

August 20, 2010

United States Bankruptcy Court
600 Granby Street, 4th Floor
Norfolk, VA 23510

    RE: Yeatts Contract of Virginia Inc.
        Case No. 05-74983-SCS

Dear Sir/Madam:

Please withdraw the Report of Deposit of Unclaimed Funds that I filed in this case for Cervitor Kitchens Inc., Underwood Enterprises Inc., Corsicana Bedding, The CIT Group, RMP Associates, Wells Fargo & Company docket no's 272, 264, 271, 270, 267 & 269.

Thank you.

                Sincerely,

                Tom C. Smith
                Chapter 7 Trustee

TCS/lh