IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE:<br><br>  Yeatts Contract of Virginia Inc.<br><br>DEBTOR. | CASE NO. 05-74983-SCS<br>CHAPTER 7 |

## MOTION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW Dilks & Knopik, LLC, by and through its Attorney, Tommy Andrews, Jr., Attorney, of Tommy Andrews, Jr., P.C. ("Applicant") hereby petitions the Court for $5,597.86, which is the sum of all monies being held in the US Treasury of this court as unclaimed funds, which are due to Cervitor Kitchens Inc., creditor. A dividend check in the amount totaling $5,597.86 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The trustee list Cervitor Kitchens Inc. with an address of 8200 E. 32nd N. Wichita, KS 67226. That is not a valid address for Cervitor Kitchens Inc. That address belong to another creditor in the above captioned case as evidenced by exhibit A. The correct address Cervitor Kitchens Inc. used at the time of filing was 10775 Lower Azusa Road, El Monte, CA 91731 as evidenced by the proof of claim labeled exhibit B. Cervitor Kitchens Inc. used the El Monte, CA 91731 address as evidenced by exhibit C.

The claimant's current address, phone and social
security/tax identification number are:

Cervitor Kitchens Incorporated
Attn: Mary Ann Crowley
3481 Aquarius Dr
Huntington Beach, CA 92649
714-878-1025
SSN/TIN: 95-2139224

Please make check payable to:

**Cervitor Kitchens Incorporated**
c/o Tommy Andrews, Jr.
Tommy Andrews, Jr., PC
122 North Alfred Street
Alexandria, VA 22314

Furthermore, Applicant has no knowledge that this claim has been previously paid or that any party other than the claimant is entitled to these funds.

Dilks & Knopik, LLC has been appointed by Cervitor Kitchens Incorporated, claimant, as its Attorney-in-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. Dilks & Knopik, LLC is acting through its Attorney, Tommy Andrews, Jr., Attorney, of Tommy Andrews, Jr., P.C. to recover these funds on behalf of Cervitor Kitchens Incorporated.

Applicant now seeks to recover the funds from the Court's Registry. Wherefore, Applicant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $5,597.86 made payable to Cervitor Kitchens Incorporated c/o Tommy Andrews, Jr., P.C. be issued from the Court's Registry.

Dated: 10/2/10          Respectfully Submitted: /s/ Tommy Andrews, Jr.
                                                  Tommy Andrews, Jr., Attorney # 28544
                                                  Tommy Andrews, Jr., P.C.
                                                  122 North Alfred Street
                                                  Alexandria, VA 22314
                                                  (703) 838-9004

CYNTHIA AHLSTROM
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES NOVEMBER 30, 2011

reg # 7102193

Oct. 2, 2010



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| IN RE: | | |
|---|---|---|
| | Yeatts Contract of Virginia Inc. | CASE NO. 05-74983-SCS<br>CHAPTER 7 |
| DEBTOR. | | |

## NOTICE OF MOTION TO RECOVER UNCLAIMED FUNDS

Cervitor Kitchens Incorporated, by and through the undersigned counsel, Tommy Andrews, Jr., Tommy Andrews Jr., P.C., has filed a Motion to Recover Unclaimed Funds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not wish the Court to grant the relief sought in the motions, or if you want the Court to consider your views on the motions, then on or before 21 days from the date of this motion, you or your attorney must:

File with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).

> Clerk of Court
> United States Bankruptcy Court
> 600 Granby Street, Room 400
> Norfolk, VA 23510-1915

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** You must also mail a copy to the persons listed below:

Tommy Andrews, Jr.
TOMMY ANDREWS JR., P.C.
122 North Alfred Street
Alexandria, Virginia 22314

U.S. Attorney's Office
101 W. Main Street, Suite 800
Norfolk, VA 23510-1671

Office of the U.S. Trustee
200 Granby Street, Suite 625
Norfolk, Virginia 23510


TOMMY ANDREWS, JR., P.C.


Dated: 10/2/10                              /s/ Tommy Andrews, Jr.
                                            Tommy Andrews, Jr., # 28544
                                            122 North Alfred Street
                                            Alexandria, Virginia 22314
                                            (703) 838-9004
                                            Counsel for Cervitor Kitchens Incorporated

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2 day of Oct, 2010, a copy of the foregoing Notice of Motion to Recover Unclaimed Funds was served by first class mail, postage prepaid, by hand delivery, and/or via electronic case filing system to:

U.S. Attorney's Office
101 W. Main Street, Suite 800

Norfolk, VA 23510-1671


Office of the U.S. Trustee
200 Granby Street, Suite 625
Norfolk, Virginia 23510



/s/ Tommy Andrews, Jr.
Tommy Andrews, Jr.


CYNTHIA AHLSTROM
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES NOVEMBER 30, 2011

reg # 7102193

CAhn   Oct. 2, 2010