# United States Bankruptcy Court
## Eastern District of Virginia
Norfolk Division

**TO:**  
Tommy Andrews, Esq.

**In re:** Yeatts Contract of Virginia, Inc.

**Case Number** 05–74983–SCS  
**Chapter** 7

**IN RE:**

277 – Motion for Return of Unclaimed Funds and NOTICE OF MOTION filed by Tommy Andrews Jr. of Tommy Andrews, Jr. P.C. on behalf of Cervitor Kitchens incorporated. Objection(s) due by 3/2/2011. (Attachments: # (1) Exhibit(s) exhibit) (Andrews, Tommy)

**INQUIRY:**

___ Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

___ The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

___ Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

___ Your request for photocopies has been received. Photocopies are provided by an on–site or an off–site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:  
**Norfolk/Newport News:** Creative Assistant – (757) 624–9990 or fax (757) 624–9998

___ The name and address of the Trustee or (Attorney for Debtor) in this case is:  
[Name and Address of Trustee or Attorney for Debtor]

___ This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

___ The following papers are returned to you:

**X** With regard to the Motion for Return of Unclaimed Funds filed February 9, 2011, please be advised the these funds are not available, per the Court's Financial Deputy. An order will not be entered on the motion. Thank you.

Date: February 10, 2011

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Robin Lauer, Deputy Clerk  
Direct Dial Telephone No. 757–222–7511

[iginquiryvDec2009.jsp]