UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re

YEATTS CONTRACT OF VIRGINIA INC

Case No. 05-74983-SCS

Chapter 7

Debtor(s)

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| RMP Associates Inc.<br>c/o Barry W. Spear, Esq.<br>729 Thimble Shoals Blvd.<br>Suite 3-C<br>Newport News, VA  23606 | $12,744.05 |

Dated: April 18, 2011
       19

Tom C. Smith, Trustee
P.O. Box 1506
Virginia Beach, VA  23451

(757) 428-3481

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the United States Trustee at 200 Granby Street, Room 625, Federal Building, Norfolk, VA 23510 on April 19 2011.

Tom C. Smith

Tom C. Smith, Trustee
P.O. Box 1506
Virginia Beach, VA  23451
(757) 428-3481
VSB#14203